# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR S-05-00204-01 WBS |
| CLARENCE EDWARD HAWKINS ) | |
| ) | USM No: 15744-097 |
| Date of Original Judgment: April 26, 2006 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  X  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     121 months     months **is reduced to**     120 months     .

*(Complete Parts I and II of Page 2 when motion is granted*

Except as otherwise provided, all provisions of the judgment dated   April 26, 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 10, 2011

Effective Date: _____
    *(if different from order date)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE